UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT WEEKES,

                     Plaintiff,

            -against-

REPRESENT HOLDINGS, LLC,

                    Defendant.
------------------------------------------------------------X

22 Civ. 940 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, per the Civil Case Management Plan and Scheduling Order dated April 7, 2022, the parties were directed to file a joint status letter by June 13, 2022.

    WHEREAS, no letter was filed.  It is hereby

    **ORDERED** that by **June 16, 2022**, the parties shall file a joint status letter.

Dated: June 14, 2022
       New York, New York

                                       LORNA G. SCHOFIELD
                              **UNITED STATES DISTRICT JUDGE**