UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————————— x

ROBERT WEEKES, Individually, and On
Behalf of All Others Similarly Situated,

                     Plaintiff,

     vs.

REPRESENT HOLDINGS, LLC

                     Defendant.

——————————————————————————— x

Case No. 1:22cv940

**STIPULATION OF DISMISSAL**

       **IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  August 2, 2022

**MIZRAHI KROUB LLP**

SO ORDERED.

Dated: August 3, 2022
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

DATED:  August 2, 2022

**SHEPPARD, MULLIN, RICHTER & HAMPTON**

Sean Joseph Kirby
30 Rockefeller Plaza
New York, NY 10112
(212)-653-8700
Fax: (212)-653-8701
Email: Skirby@sheppardmullin.com

*Attorney for Defendant*